IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 1 2 1994
DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| GERALD AHEARN, JAMES DENNIS, AND CHARLES W. JEEP, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> FIBREBOARD CORPORATION, <br> Defendant. <br><br> CONTINENTAL CASUALTY COMPANY AND PACIFIC INDEMNITY COMPANY, <br> Intervenors. | 6:93cv526 <br><br> STIPULATION AND PROTECTIVE ORDER |

Fibreboard Corporation ("Fibreboard") and Continental Casualty Company, CNA Casualty Company of California, Columbia Casualty Company, Pacific Indemnity Company (referred to hereafter collectively as "The Insurers") by and through their respective counsel, and Katherine Kinsella ("Kinsella") on behalf of Millennium Communications Group, Inc. ("Millennium") and The Kamber Group ("Kamber") HEREBY STIPULATE AND AGREE THAT:

(1)  Kinsella will serve as a consultant to Fibreboard and The Insurers for the preparation, design and dissemination of the requisite Notice to the Settlement

Class in *Ahearn, et al. v. Fibreboard, et al.*, 6:93 CV 526 (E.D. Tex.) (the "Project").

(2) All documents, computer disks, other materials, or the information contained therein, provided to Kinsella, Millennium or Kamber by Fibreboard or the Insurers, any time from January 6, 1994 throughout the course of the Project, shall remain confidential and shall be made available only to employees or personnel of Kinsella, Millennium or Kamber who are actually involved in the handling of the Project.

(3) All communications between Kinsella, Millennium, Kamber, Fibreboard, The Insurers (and the attorneys, paralegals and clerical personnel actually involved in the handling of this matter) shall remain confidential.

(4) Upon completion of the Project, Kinsella, Millennium and Kamber shall return to Fibreboard all documents, disks, and other materials that Fibreboard or the Insurers provided to Kinsella, Millennium or Kamber.

(5) All employees or personnel of Kinsella, Millennium or Kamber who are actually involved in the Project shall be informed of or shown a copy of this Stipulation and Protective Order.

(6) The confidentiality terms of this Stipulation and Protective Order shall survive the termination of, or completion of, the Project.

Dated: 3/31/94        BROBECK, PHLEGER & HARRISON

By _____
Attorneys for Fibreboard Corporation

Dated: 3/29/94        WACHTELL, LIPTON, ROSEN & KATZ

By _____
Attorneys for Continental Casualty Company,
CNA Casualty Company and Columbia Casualty Company

Dated: _____        WHITE & CASE

By _____
Attorneys for Pacific Indemnity Company

Dated: 2/16/94        KATHERINE KINSELLA

By _____
    Katherine Kinsella
On Behalf of Millennium Communications Group, Inc.
and The Kamber Group, Inc.

3

Dated: _____        BROBECK, PHLEGER & HARRISON

                              By _____

                              Attorneys for Fibreboard Corporation

Dated: _____        WACHTELL, LIPTON, ROSEN & KATZ

                              By _____

                              Attorneys for Continental Casualty Company,
                              CNA Casualty Company and Columbia Casualty Company

Dated: 2/25/94                WHITE & CASE

                              By /s/ illegible signature

                              Attorneys for Pacific Indemnity Company

Dated: 2/16/94                KATHERINE KINSELLA

                              By /s/ Katherine Kinsella

                              Katherine Kinsella
                              On Behalf of Millennium Communications Group, Inc.
                              and The Kamber Group, Inc.

3

Dated: _____    BROBECK, PHLEGER & HARRISON

By _____

Attorneys for Fibreboard Corporation

Dated: _____    WACHTELL, LIPTON, ROSEN & KATZ

By _____

Attorneys for Continental Casualty Company,
CNA Casualty Company and Columbia Casualty Company

Dated: _____    WHITE & CASE

By _____

Attorneys for Pacific Indemnity Company

Dated: 2/16/94    KATHERINE KINSELLA

By  /s/ Katherine Kinsella

    Katherine Kinsella
On Behalf of Millennium Communications Group, Inc.
and The Kamber Group, Inc.

3

IT IS, THEREFORE, HEREBY ORDERED that all documents, computer disks, other materials, or the information contained therein, provided to Kinsella, Millennium or Kamber by Fibreboard or the Insurers and all communications between Kinsella, Millennium, Kamber, Fibreboard and/or The Insurers shall remain confidential.

Signed this 12th day of ~~February~~ April, 1994

_[signature]_
Judge Robert M. Parker
United States District Judge

Mld 4-14-94

_[handwritten list of names:]_
Rice, Cox, Kazan, Hartnick, Anselbuch, Green, Lockwood, Ratliff, Brooster, Inselman, Bachus, Minton, Sypher, Parker, Hachtell, Kaplow, Aldain, Baron, Ahnfeldt, Jacques, Preston, Barita, Helper, Sapchuck, Josephson, Gregory, Herty, Lupton

4